# United States District Court
## For The Western District of North Carolina
### Statesville Division

FRED L. BEARD,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:07CV127

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2010, Order.

                             Signed: April 15, 2010

Frank G. Johns, Clerk
United States District Court